UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JOSHUA LEE FOSTER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 5:21-cv-1061-ACA-GMB |
| ) | |
| JOSEPH HEADLEY, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

On May 25, 2022, the magistrate judge entered a report recommending that the court deny Petitioner Joshua Lee Foster's 28 U.S.C. § 2254 petition for writ of habeas corpus.  (Doc. 9).  Although the magistrate judge notified Mr. Foster of his right to file objections within fourteen days (*id.* at 9–10), Mr. Foster has not filed any objections.

The court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation.  Consistent with that recommendation, the court **WILL DENY** Mr. Foster's § 2254 petition.

Rule 11 of the Rules Governing § 2254 Petitions requires the court to issue or deny a certificate of appealability when the court enters an order adverse to the petitioner.  Rule 11(a), Rules Governing § 2254 Cases in the United States District Courts.  This court may issue a certificate of appealability "only if the applicant has

a made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To make such a showing, a "petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), or that "the issues presented were adequate to deserve encouragement to proceed further," *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (quotation marks omitted). The court finds that Mr. Foster has not satisfied either standard. Accordingly, the court **WILL DENY** a certificate of appealability.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this June 27, 2022.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE